## JAMES ANDERSON
### v.
## SAMUEL GRIMES

### 1808

#### Journal Entries

1. Declaration filed; rule to bring body  .  .  .  *Journal, infra,* *p. 130
2. Plea; issue  .  .  .  .  .  .  .  .  .  .  .  .  .  "     138
3. Continuance  .  .  .  .  .  .  .  .  .  .  .  "     155
4. Judgment  .  .  .  .  .  .  .  .  .  .  .  .  "     209

#### Papers in File

1. Capias and return  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ."
2. Affidavit to hold to bail  .  .  .  .  .  .  .  .  .  *Printed in Vol. 2*
3. Capias; order to hold to bail; return  .  .  .  .  .  "
4. Declaration  .  .  .  .  .  .  .  .  .  .  .  .  "
5. Affidavit of Peter Grawosz  .  .  .  .  .  .  .  .  "